UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT V. SEGOBIA, III, | ) | Case No. EDCV 15-305 JAK(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN FISCHER | ) | |
| Respondent. | ) | |
| _____ | ) | |

In accordance with the concurrently issued Order Granting Petitioner's Unopposed Request to Dismiss Action ("Order"), IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

The Clerk is directed to serve a copy of the Order and this Judgment on petitioner and counsel for respondent.

IT IS SO ORDERED AND ADJUDGED.

DATED: _7/9/15

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE